UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

vs.

**TERRI L. OLLISO**

**JUDGMENT IN A CRIMINAL CASE**

**Case Number: 7:08-CR-260   (GHL)**

Lionel L. Hector, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere] as to counts 5 & 6 of the Information.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** 2 counts of Endangering the Welfare of a Child, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 260.10 of the New York State Penal Law.

**DATE OFFENSE CONCLUDED:**       May 18, 2008

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $250.00 and special assessment of $25.00 on Count 5 and a fine of $250.00 and a special assessment of $25.00 on Count 6.  Total of the fine and special assessment amounts to $550.00, payable no later than 9/13/08.  Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the Counts 1, 2, 3 and 4 of the Information are dismissed on motion of the United States.

   August 13, 2008
Date of Imposition of Sentence


   August 19, 2008
DATE SIGNED

*George H. Lowe* (signature)
GEORGE H. LOWE
U.S. Magistrate Judge